IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Stanley D. Linder, | 2015 DEC 23 A 9: 04 |
| Plaintiff, | No. 2:15-cv-04619-RMG |
| vs. | **ORDER** |
| Isaac McDuffy Stone, III, *District Atty*; Harris Beach, *Attorney*; Sean Thornton, *Solicitor*; Patricia C. Grant, *Clerk of Court*, | |
| Defendants. | |

This matter comes before the Court on the Report and Recommendation (R & R) of the Magistrate Judge (Dkt. No. 9), recommending that the Court dismiss this action without prejudice and without issuance of service. Plaintiff has not filed any objections to the R & R. For the reasons stated below, the Court ADOPTS the R & R and DISMISSES this action without prejudice.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). This Court is charged with making a de novo determination of those portions of the R & R to which specific objection is made. Here, however, because no objection has been made, this Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P 72 advisory committee note). Moreover, in

the absence of specific objections to the R & R, the Court need not give any explanation for adopting the Magistrate Judge's analysis and recommendation. *See Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

The Court agrees with the Magistrate Judge that Plaintiff has failed to state a claim against Defendant Grant, that Defendants Stone and Thornton are entitled to prosecutorial immunity, and that as a criminal defense attorney, Defendant Beach does not act under the color of state law. Therefore, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, (Dkt. No. 9), as the order of this Court. Accordingly, action is **DISMISSED WITHOUT PREJUDICE** and without issuance and service of process.

**IT IS SO ORDERED.**

Richard Mark Gergel
United States District Judge

December 23, 2015
Charleston, South Carolina