IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Stanley D. Linder,                ) | C/A No.: 2:15-4619-RMG-SVH |
|                                   ) | |
|     Plaintiff, ) | |
|                                   ) | |
| vs.                               ) | |
|                                   ) | ORDER |
| Isaac McDuffy Stone, III, District Atty.; ) | |
| Harris Beach, Attorney; Sean Thornton, ) | |
| Solicitor; and Patricia C. Grant, Clerk of ) | |
| Court,                            ) | |
|                                   ) | |
|     Defendants. ) | |
|                                   ) | |

This matter comes before the court on Plaintiff's motion for a free copy of documents filed in this case, which Plaintiff voluntarily dismissed on December 9, 2016. [ECF No. 38]. Plaintiff also requests documents provided by Respondent in July 2014 in a prior action for habeas corpus relief, *Linder v. Taylor*, C/A No.: 1:14-278-RMG. *Id*. Plaintiff is not entitled to free copies from the court. The court does not provide free copies to litigants, including indigent litigants proceeding in forma pauperis. Therefore, Plaintiff's motion is denied. The Clerk's Office charges 50 cents per page for copies. If Plaintiff wishes to purchase a copy of his filings, he may contact the Clerk of Court at 803-765-5816 or 901 Richland Street, Columbia, SC 29201 to make payment arrangements.

    IT IS SO ORDERED.

*Shiva V. Hodges*

January 20, 2017                        Shiva V. Hodges
Columbia, South Carolina          United States Magistrate Judge